Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIMPLE eWASTE, INC., a California corporation; and ISAAC VILLENEUVE, an individual,<br><br>Defendants. | Case No. 12-cv-03658 JFW (RNBx)<br><br>ORDER RE STIPULATED PERMANENT INJUNCTION |

Pursuant to the stipulation of the parties, and good cause appearing therefore, IT IS ORDERED that defendants Simple eWaste, Inc., a California corporation, and Isaac Villeneuve, an individual, (collectively "Defendants"), along with their officers, agents, servants, employees, and all those persons acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

   (a)   imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license

41826-5600.0015/LEGAL26133079.1

agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

   (1) 1,200,236 ("MICROSOFT");
   (2) 1,256,083 ("MICROSOFT");
   (3) 1,872,264 ("WINDOWS");
   (4) 2,744,843 (COLORED FLAG DESIGN);

or the software programs, components, EULA, items or things protected by the following Certificate of Copyright Registration No.:

   (1) TX 7-009-361 ("Windows 7");

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

  (b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

  (c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

  (d) engaging in any other activity constituting an illegal distribution of any Microsoft software, component, EULA, COA, item, or thing and/or constituting an infringement of any of Microsoft's trademarks, service mark and/or

1  copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks,
2  service mark, and/or copyrights or constituting any illegal dilution of Microsoft's
3  name, reputation, or goodwill; and
4      (e) assisting, aiding, or abetting any other person or business entity
5  in engaging in or performing any of the activities referred to in paragraphs (a)
6  through (d) above.

**IT IS SO ORDERED.**

Dated: March 22, 2013

                    HON. JOHN F. WALTER
                    United States District Court Judge