1  Audra M. Mori, Bar No. 162850
   AMori@perkinscoie.com
2  Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone: 310.788.9900
5  Facsimile:  310.788.3399          NOTE: CHANGES MADE BY THE COURT

6  Attorneys for Plaintiff                                       JS-6
   MICROSOFT CORPORATION

7

8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                          WESTERN DIVISION

11

12  MICROSOFT CORPORATION, a          Case No. 12-cv-03658 JFW (RNBx)
    Washington corporation,
13
              Plaintiff,
14
       v.                             ORDER RE
15                                    STIPULATION FOR DISMISSAL
    SIMPLE eWASTE, INC., a California  WITH PREJUDICE
16  corporation; and ISAAC VILLENEUVE, an
    individual,
17
              Defendants.
18

19        Pursuant to the stipulation of the parties and good cause appearing therefore, Defendants

20  Simple eWaste, Inc., a California corporation, and Isaac Villeneuve ("Defendants") are hereby

21  dismissed with prejudice from Plaintiff Microsoft Corporation's ("Plaintiff") Complaint.  The

22  above action is dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with

23  each party to bear its own costs and attorneys' fees.

24        **IT IS SO ORDERED.**

25

26  Dated:  March 22, 2013          _____
27                                  HON. JOHN F. WALTER
                                    United States District Court Judge
28