1   Audra M. Mori, Bar No. 162850
    AMori@perkinscoie.com
2   Katherine M. Dugdale, Bar No. 168014
    KDugdale@perkinscoie.com
3   PERKINS COIE LLP
    1888 Century Park E., Suite 1700
4   Los Angeles, CA  90067-1721
    Telephone: 310.788.9900
5   Facsimile:  310.788.3399

**NOTE: CHANGES MADE BY THE COURT**

6   Attorneys for Plaintiff                                              JS-6
    MICROSOFT CORPORATION

7

8                     UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10                            WESTERN DIVISION

11

| | |
|---|---|
| 12  MICROSOFT CORPORATION, a<br>Washington corporation, | Case No. 12-cv-03658 JFW (RNBx) |
| 13 | |
| 14               Plaintiff, | ORDER RE<br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE |
| 15        v. | |
| 16  SIMPLE eWASTE, INC., a California<br>corporation; and ISAAC VILLENEUVE, an<br>individual, | |
| 17 | |
| 18               Defendants. | |

19

20          Pursuant to the stipulation of the parties and good cause appearing therefore, Defendants

21   Simple eWaste, Inc., a California corporation, and Isaac Villeneuve ("Defendants") are hereby

22   dismissed with prejudice from Plaintiff Microsoft Corporation's ("Plaintiff") Complaint.  The

23   above action is dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with

24   each party to bear its own costs and attorneys' fees.

25          **IT IS SO ORDERED.**

26   Dated:  March 22, 2013          _____

27                                   HON. JOHN F. WALTER
                                     United States District Court Judge
28